

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

| | |
|---|---|
| Appellate case name: | Marsha Bennett v. Raymond P. Jenkins, Walter Lucas, Ceasar Moore, Jr., Juan Sanchez Munoz, and Renu Khator |
| Appellate case number: | 01-21-00557-CV |
| Trial court case number: | 2020-67065 |
| Trial court: | 165th District Court of Harris County |

Appellant, Marsha Bennett, has filed a motion for extension to file her corrected appellant's brief, which was due on April 28, 2022. *See* TEX. R. APP. P. 10.5(b). The motion is **granted**, and the time to file appellant's corrected brief is extended to June 28, 2022. **No further extensions of time to file appellant's corrected brief will be granted, absent extraordinary circumstances**.

If appellant's corrected brief does not comply with the Texas Rules of Appellate Procedure, the Court may strike the corrected brief, prohibit appellant from filing another, proceed as if appellant has failed to file a brief, and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 38.9(a), 42.3, 43.2(f); *see, e.g.*, *See Tucker v. Fort Worth W. R.R. Co.*, No. 02-19-00221-CV, 2020 WL 3969586, at *1 (Tex. App.—Fort Worth June 18, 2020, pet. denied) (mem. op.) (where appellant ordered to file amended brief but amended brief still did not comply with Texas Rules of Appellate Procedure, striking amended brief and dismissing appeal for want of prosecution); *Tyurin v. Hirsch & Westheimer, P.C.*, No. 01-17-00014-CV, 2017 WL 4682191, at *1 (Tex. App.—Houston [1st Dist.] Oct. 19, 2017, no pet.) (mem. op.); *Petty v. Petty*, No. 13-14-00051-CV, 2014 WL 5500459, at *1–2 (Tex. App.—Corpus Christi–Edinburg Oct. 30, 2014, pet. denied) (mem. op.) (striking appellant's amended brief and dismissing appeal because of failure to comply with Texas Rule of Appellate Procedure 38.1). If appellant fails to timely file her corrected brief, the Court may also dismiss her appeal. *See* TEX. R. APP. P. 38.8(a), 42.3, 43.2(f).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                       Acting individually
Date: __May 10, 2022___